UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FREDERICK K. SLAYTON and ANN SLAYTON, | ) | No. 06 B 2826 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| FREDERICK K. SLAYTON and ANN SLAYTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 09 A 100 |
| | ) | |
| JESSE WHITE, Secretary of State for the State of Illinois, | ) | |
| | ) | |
| Defendant. | ) | Judge Goldgar |

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS

This matter came before the court on the motion of defendant Jesse White, Illinois Secretary of State, to dismiss the complaint. For the reasons stated in the memorandum opinion issued today, IT IS HEREBY ORDERED:

The motion to dismiss is granted in part and denied in part. The motion is granted as to the claims for punitive damages in Counts I and II of the complaint, and those claims are dismissed. In all other respects, the motion is denied.

Dated: August 7, 2009

_____
A. Benjamin Goldgar
United States Bankruptcy Judge